**Order entered April 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-00868-CR

### JUAN GABRIEL SOSA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1612055-L**

## ORDER

Appellant's motions for extension of time to file a motion for rehearing and a motion for en banc reconsideration are **GRANTED** and appellant's deadline for filing a motion for rehearing and a motion for reconsideration en banc is extended to **May 6, 2021.**

/s/    DENNISE GARCIA
       JUSTICE